UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Jeffrey Thomas,

                                   Plaintiff,

          -against-

The City of New York, et al.,

                                Defendants.

---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-cv-4107 (WFK) (JO)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
2/17, 2017

ROTH & ROTH, LLP
*Attorneys for Plaintiff*
192 Lexington Avenue, Suite 802
New York, NY 10016
212-425-1020

By: _____
David Roth
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York, Sanchez, and Castaldo*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joshua Friedman
*Assistant Corporation Counsel*

S/ WFK
_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: Feb. 14, 2017

2